AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Bethany Abigail Terrill (YOB 1988)<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No.  25-mj-8524-PGL |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 29, 2025  in the county of  Middlesex  in the
_____  District of  Massachusetts  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threatening a United States Official |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Corrinne Nemis, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

*Corrinne Nemis /by Paul G. Levenson*
Complainant's signature

Corrinne Nemis, Special Agent, FBI
*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: October 9, 2025

*Judge's Signature*

City and state:  Boston, Massachusetts

Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*