✎JS 45 (5/97) - (Revised USAO MA 3/25)

# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:** Medford, MA  **Category No.** III  **Investigating Agency** FBI

**City** Medford
**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 25-mj-8523-PGL
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

Defendant Name: Bethany Abigail Terrill    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____
Address: 174 Mountain Ave Apt 3 Malden, MA
Birth date (Yr only): 1988   SSN (last 4#): 0595   Sex: F   Race: _____   Nationality: U.S.

**Defense Counsel if known:** _____    Address: _____
Bar Number: _____

**U.S. Attorney Information**

AUSA: Luke A. Goldworm    Bar Number if applicable: _____

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** Malden, MA

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint    ☐ Information    ☐ Indictment
**Total # of Counts:**  ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony One

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/9/2025    Signature of AUSA: /s/ Luke A. Goldworm

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Bethany Abigail Terrill

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 115(a)(1)(B) | Threatening a United States Official | One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013